

Lady-Zoe G. Horace

AVP, Recovery Officer

Bank of America
RI1-121-01-30, 125 Dupont Drive
Providence, RI 02907
T 401.865.7125   F 401.865.7895
lady-zoe.g.horace@bankofamerica.com

Bank of America



# Certificate of Authority to Act for
## First Franklin Financial

I, the undersigned, _Shannon C. Smith_, as _AVP; Vendor Manager I_ of First Franklin Financial, do hereby certify that **Lady-Zoe G. Horace's** authority to act on behalf of First Franklin Financial, includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this 6th day of _April_, 2015.

First Franklin Financial

_Shannon C. Smith_

Corporate seal

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: _Shannon C. Smith_
       AVP; Vendor Manager I

Notary Statement                                  ACKNOWLEDGMENT

STATE OF Rhode Island)

COUNTY OF Providence)

Before me, the undersigned a Notary Public, in and for said County and State on this __6__ day of __April__, 2015 personally appeared _Shannon C. Smith_ to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its _vendor manager_ and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:                             Notary

_2/25/18_                                          _Sharon L Randall_

SHARON L. RANDALL
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES FEB. 25, 2018

## ASSISTANT SECRETARY'S CERTIFICATE OF
## BANK OF AMERICA CORPORATION

The undersigned, Christine Costamagna, an Assistant Secretary of Bank of America Corporation ("BAC"), a corporation formed and existing under and by virtue of the laws of the State of Delaware, does hereby certify that:

First Franklin Financial Corporation, a Delaware corporation, is an indirect subsidiary of BAC.

IN WITNESS WHEREOF, I have hereto set my hand on this 16th day of March, 2015.

_____
Christine Costamagna
Assistant Secretary

10-K 1 bac-12312013x10k.htm 10-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-K

(Mark One)

[✓]  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
     For the fiscal year ended December 31, 2013

or

[ ]  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
     For the transition period from     to

Commission file number:
1-6523

Exact name of registrant as specified in its charter:

# Bank of America Corporation

State or other jurisdiction of incorporation or organization:
Delaware
IRS Employer Identification No.:
56-0906609
Address of principal executive offices:
Bank of America Corporate Center
100 N. Tryon Street
Charlotte, North Carolina 28255
Registrant's telephone number, including area code:
(704) 386-5681
Securities registered pursuant to section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, par value $0.01 per share | New York Stock Exchange |
| | London Stock Exchange |
| | Tokyo Stock Exchange |
| Warrants to purchase Common Stock (expiring October 28, 2018) | New York Stock Exchange |
| Warrants to purchase Common Stock (expiring January 16, 2019) | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of 6.204% Non-Cumulative Preferred Stock, Series D | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of Floating Rate Non-Cumulative Preferred Stock, Series E | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,000th interest in a share of 6.625% Non-Cumulative Preferred Stock, Series I | New York Stock Exchange |
| 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, Series L | New York Stock Exchange |
| Depositary Shares, each representing a 1/1,200th interest in a share of Bank of America Corporation Floating Rate Non-Cumulative Preferred Stock, Series 1 | New York Stock Exchange |

| Name | Location | Jurisdiction |
|---|---|---|
| FIA (Gibraltar) Holdings Limited | Gibraltar, Gibraltar | Gibraltar |
| FIA (Gibraltar) SLP Holdings Limited | Gibraltar, Gibraltar | Gibraltar |
| FIA Holdings, LP | Edinburgh, Scotland | Scotland |
| FIA Holdings S.a.r.l. | Luxembourg, Luxembourg | Luxembourg |
| FIA Jersey Holdings Limited | Chester, United Kingdom | Jersey |
| FIA Swiss Funding Limited | Luxembourg, Luxembourg | England & Wales |
| FIA UK Funding Limited | Chester, United Kingdom | England & Wales |
| Fiduciary Services Ltd. | George Town, Grand Cayman, Cayman Is. | Cayman Islands |
| Fiduciary Services (UK) Limited | London, U.K. | England |
| Financial Data Services, Inc. | Jacksonville, FL | Florida |
| First Bank of Pinellas County Land Corporation | Tampa, FL | Florida |
| First Capital Corporation of Boston | Boston, MA | Massachusetts |
| First Franklin Financial Corporation | San Jose, CA | Delaware |
| First Permanent Financial Services Pty Ltd | Sydney, Australia | Australia |
| First Permanent Securities Limited | Sydney, Australia | Australia |
| Firstval Properties, Inc. | Bethlehem, PA | Pennsylvania |
| Five Dollars a Day, LLC | San Francisco, CA | Delaware |
| Fleet Capital Trust V | Boston, MA | Delaware |
| Fleet Development Ventures L.L.C. | Boston, MA | Massachusetts |
| Fleet Fund Investors, LLC | Providence, RI | Delaware |
| Fleet Growth Resources III, Inc. | Charlotte, NC | Rhode Island |
| Fleet Growth Resources IV, Inc. | Charlotte, NC | Rhode Island |
| Fleet Growth Resources, Inc. | Charlotte, NC | Delaware |
| Fleet International Advisors S.A. | Montevideo, Uruguay | Uruguay |
| Fleet Venture Resources, Inc. | Charlotte, NC | Rhode Island |
| FM Sponsor I, LLC | New York, NY | Maryland |
| Fondo Espanol de Recuperaciones B.V. | Amsterdam, The Netherlands | Netherlands |
| Fondo Espanol de Recuperaciones II B.V. | Amsterdam, The Netherlands | Netherlands |
| Framework, Inc. | Washington, DC | Delaware |
| FSC Corp. | Boston, MA | Massachusetts |
| Fugu Credit Limited | London, U.K. | United Kingdom |
| Fund Five Financial, Inc. | San Francisco, CA | California |
| Fundamental Partners Municipal Trust | New York, NY | Delaware |
| Fundo de Investimento em Direito Creditorio Nao Padronizado Tratex Precatorios II | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento em Direitos Creditorios Nao Padronizados Tratex Precatorio III | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento em Direito Creditorio PCG Brasil Multi Carteira | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Financeiro Multimercado Diamond | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Financeiro Multimercado Iceberg | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Financeiro Multimercado Verona | Sao Paulo, Brazil | Brazil |
| Fundo de Investimento Multimercado Agata - Credito Privado - Investimentos no Exterior | Sao Paulo, Brazil | Brazil |
| Galway Holdings Trust | Dublin, Ireland | Ireland |
| Garden Property LLC | Pennington, NJ | Delaware |
| Gatwick LLC | Charlotte, NC | Delaware |
| GEM 21 s.r.l. | Milan, Italy | Italy |
| General Fidelity Life Insurance Company | Columbia, SC | South Carolina |
| General Pacific Holdings, LLC | New York, NY | Delaware |
| GK Nagareyama | Tokyo, Japan | Japan |
| Gleneagles Trading LLC | Charlotte, NC | Delaware |
| Glenwood Investments Limited | George Town, Grand Cayman, Cayman Is. | Cayman Islands |
| Global Banking and Financial Services Trust | New York, NY | Delaware |
| Global Macro Opportunities LLC | New York, NY | Delaware |
| Global Macro Opportunities Ltd. | New York, NY | Cayman Islands |
| Global Principal Finance Company, LLC | New York, NY | Delaware |
| Global Structured Finance & Investments LLC | New York, NY | Delaware |
| GlobaLoans International Technology Limited Partnership | Dartford, United Kingdom | England |
| GlobaLoans JV Limited Partnership | Dartford, United Kingdom | England |
| GMI Strategic Investments, LLC | New York, NY | Delaware |
| Gold Magnet (BVI) Limited | Tortola, British Virgin Islands | Virgin Islands |
| Goldbourne Park Limited | Charlotte, NC | Jersey |
| Golden Peak Investments LLC | Charlotte, NC | Delaware |

Doc ID --> 201305700827



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|---|---|---|---|---|---|---|---|
| 02/27/2013 | 201305700827 | FOREIGN/SURRENDER BY DISSOLUTION (SUD) | 50.00 | .00 | | .00 | .00 |

**Receipt**

This is not a bill. Please do not remit payment.

C.T. CORPORATION SYSTEM
ATTN: JAMES H. TANKS III
4400 EASTON COMMONS WAY, SUITE 125
COLUMBUS, OH 43219

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

1191555

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**HOME LOAN SERVICES, INC.**

and, that said business records show the filing and recording of:

Document(s):   Document No(s):
**FOREIGN/SURRENDER BY DISSOLUTION**   201305700827

Effective Date: 02/22/2013

This license has been cancelled.

Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 27th day of February, A.D. 2013.

*Jon Husted*

Ohio Secretary of State

United States of America
State of Ohio
Office of the Secretary of State

Doc ID --> 201305700827

*Jon Husted* [signature]

Form 592 Prescribed by:
Ohio Secretary of State
**JON HUSTED**
Ohio Secretary of State

Central Ohio: (614) 466-3910
Toll Free: (877) SOS-FILE (767-3453)
www.OhioSecretaryofState.gov
Busserv@OhioSecretaryofState.gov

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 1329
Columbus, OH 43216

Expedite Filing (Two-business day processing time requires an additional $100.00).
P.O. Box 1390
Columbus, OH 43216

## Statement Under Section 1703.17

(For Foreign, Profit or Nonprofit)
(999-SUD or 999-SUC)
Filing Fee: $50.00

Pursuant to the provisions of Section 1703.17 of the Revised Code of Ohio,

Home Loan Services, Inc. , a
Name of Corporation

1191555
Ohio License No.

corporation organized under the laws of  Delaware   states that the address to which the
Jurisdiction of Formation

Secretary of State may mail any process against such corporation that may be served upon him, and may mail any other notices, certificates, or statements is

30870 Russell Ranch Road
Mailing Address

Westlake Village     CA     91361
City            State   ZIP Code

Signature: *Devra Lindgren* [signature]
Name: Devra Lindgren
Title: Secretary

**NOTE:** This form must accompany a certificate from the corporation's jurisdiction of formation which reflects that the entity dissolved or its corporate existence otherwise terminated or a certified copy of a court order terminating the existence of the corporation.

Form 592          Page 1 of 2          Last Revised: 1/9/12

Doc ID --> 201305700827



# Delaware

PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER OF "HOME LOAN SERVICES, INC.", FILED IN THIS OFFICE ON THE THIRTEENTH DAY OF OCTOBER, A.D. 2010, AT 4:51 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE SIXTEENTH DAY OF OCTOBER, A.D. 2010, AT 12:01 O'CLOCK A.M.

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 0234831
DATE: 02-22-13

2839076  8100
130214565

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Doc ID --> 201305700827

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 05:03 PM 10/13/2010*
*FILED 04:51 PM 10/13/2010*
*SRV 100993061 - 2839076 FILE*

## STATE OF DELAWARE
## CERTIFICATE OF MERGER OF
## DOMESTIC CORPORATION AND
## FOREIGN LIMITED PARTNERSHIP

Pursuant to Title 8, Section 263(c) of the Delaware General Corporation Law, the undersigned corporation executed the following Certificate of Merger:

FIRST: The name of the surviving limited partnership is BAC Home Loans Servicing, LP , a Texas limited partnership, and the name of the corporation being merged into this surviving partnership is Home Loan Services, Inc. , a Delaware Corporation.

SECOND: The Agreement of Merger has been approved, adopted, certified, executed and acknowledged by the surviving limited partnership and the merging corporation.

THIRD: The name of the surviving partnership is BAC Home Loans Servicing, LP

FOURTH: The merger is to become effective on October 16, 2010 at 12:01 a.m. ET

FIFTH: The Agreement of Merger is on file at 6400 Legacy Drive, Plano, Texas 75024 , the place of business of the surviving limited partnership.

SIXTH: A copy of the Agreement of Merger will be furnished by the surviving limited partnership on request, without cost, to any partner of any constituent limited partnership or stockholder of any constituent corporation.

SEVENTH: The surviving limited partnership agrees that it may be served with process in the State of Delaware in any proceeding for enforcement of any obligation of any constituent corporation or limited partnership of Delaware, as well as for enforcement of any obligation of the surviving limited partnership arising from this merger, including any suit or other proceeding to enforce the rights of any stockholders as determined in appraisal proceedings pursuant to the provisions of Section 262 of the Delaware General Corporation laws, and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in any such suit or proceeding. The Secretary of State shall mail any such process to the surviving limited partnership at 30870 Russell Ranch Road Westlake Village, CA 91361 .

Doc ID --> 201305700827

IN WITNESS WHEREOF, said Partnership has caused this certificate to be signed by a general partner, the __13th__ day of October ,A.D., 2010 .

By: _____
General Partner

Name: Tim Huval
Print or Type

Title: President of BAC GP, LLC, General Partner

AO 213
(Rev. 08/13)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**
Accounting and Financial Systems Division

**VENDOR INFORMATION/TIN CERTIFICATION**
Mandatory Information that MUST be provided before submission

☐ Ex-AO Employee
☐ SAM Vendor
*(Formerly CCR)*
*(No TIN Certification Required)*

### Vendor Address
Select all that apply ☐ Order ☐ Remit ☑ 1099

Name: First Franklin Financial
Business Name: *(if different from above)*
Address 1: 125 Dupont Drive / RI1 121 01 30
Address 2:
City: Providence
State: RI    Zip Code: 02907
Phone #: (401) 865-7125   E-mail: lady-zoe.g.horace@bankofamerica.com
Taxpayer Identification #: 51-0528989
*(TIN, SS, or EIN number)*
DUNS #

### Other Address *(If different from Vendor Address)*
Select all that apply ☐ Order ☐ Remit ☐ 1099

Address: C/O APL, Inc., 3855 South Boulevard, Suite 200
City: Edmond
State: OK    Zip Code: 73013
Phone #: (405) 340-4900
Description: *(If needed)*

### Financial Information *(If Requested)*

Bank Name:
~~Financial information is not required at this time.~~
City:
State:    Zip Code:

Routing # *(this nine digit number appears on your checks, but do not include individual check numbers)*:
Account #:
Type of Account: *(select one)* ☐ Checking ☐ Savings

Type of Organization for 1099 reporting:

☐ sole proprietorship;
☑ corporate entity *(not tax-exempt)*;
☐ health care provider;
☐ government entity *(write in either federal, state or local)*

☐ partnership;
☐ corporate entity *(tax-exempt)*;
☐ other: _____

### Taxpayer Identification Number Certification

Under penalties of perjury, I certify that:

1. The Taxpayer Identification Number listed in the Vendor Address area above is the correct number assigned to me, and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest and dividends, or (c) the IRS has notified me that I am no longer subject to the backup withholding, and
3. I am a U.S. citizen or other U.S. person *(defined below)*.

☐ You must select this check box if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you make a false statement with no reasonable basis that results in no backup withholdings, you are subject to a $500 penalty. Willfully falsifying certifications or affirmations on this form may subject you to criminal penalties including fines and/or imprisonment.

Page 1 of 2

AO 213
(Rev. 08/13)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

●    An individual who is a U.S. citizen or U.S. resident alien,
●    A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐ The vendor is an agency or instrumentality of a foreign government;

### Additional information required for vendors used for procurement
### (purchase orders, contracts, etc.)

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

☐ Women Owned Business                                              ☐ Not Applicable

☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:

☐ Asian-Pacific American        ☐ Black American        ☐ Subcontinent Asian (Asian-Indian)American

☐ Hispanic American        ☐ Native American        ☐ Other: _____

Date: 4-6-15 _____        _____
                                                        *Vendor's signature*

-----------------------------------------------------------------

**For Agency Use Only**
The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:    ☐ Addition    ☐ Change    ☐ Vendor Code: _____ *(make entry only if change)*
                                     ☐ Active    ☐ Inactive    ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
| --- |
| Contact Name: _____ |
| Telephone Number: _____        Email: _____ |

| Identification of person making this request: |
| --- |
| Name: _____ |
| Telephone Number: _____        Originating Office: _____ |

Please type or print clearly.        For "AO" FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client Service Desk/DCA/AO/USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

| Form **W-9**<br>(Rev. August 2013)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Taxpayer<br>Identification Number and Certification** | Give Form to the<br>requester. Do not<br>send to the IRS. |
|---|---|---|

**Name (as shown on your income tax return)**

First Franklin Financial

**Business name/disregarded entity name, if different from above**

**Check appropriate box for federal tax classification:**

☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate

**Exemptions (see instructions):**

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ _____

☐ Other (see instructions) ▶

**Address (number, street, and apt. or suite no.)**

125 Dupont Drive / RI1 21 01 30

Requester's name and address (optional)

**City, state, and ZIP code**

Providence, RI  02907

**List account number(s) here (optional)**

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

**Social security number**

| | | | - | | | - | | | | |

**Employer identification number**

| 5 | 1 | - | 0 | 5 | 2 | 8 | 9 | 8 | 9 |

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. citizen or other U.S. person (defined below), and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here** | Signature of U.S. person ▶ *[signature]* | Date ▶ 4-6-15

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,

• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,

• An estate (other than a foreign estate), or

• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X

Form **W-9** (Rev. 8-2013)